**Robert E. SANCHEZ, Plaintiff–Appellee,**

v.

**CITY OF FRANKLIN, TN; James G. Johnson, individually and in his official capacity, Defendants–Appellants.**

No. 07–5902.

United States Court of Appeals, Sixth Circuit.

May 15, 2008.

BEFORE: COLE and GRIFFIN, Circuit Judges; and FORESTER, District Judge.*

* The Honorable Karl S. Forester, United States District Judge for the Eastern District of Kentucky, sitting by designation.

## OPINION

PER CURIAM.

Plaintiff–Appellant Robert E. Sanchez appeals a district court's order granting summary judgment to Defendant–Appellee City of Franklin, Tennessee ("City"), on his retaliatory-discharge claim brought under the Tennessee Public Protection Act, Tenn.Code Ann. § 50–1–304, ("TPPA"). The district court concluded that Sanchez failed to provide evidence from which a reasonable juror could conclude that he was discharged from his position. Because discharge, as opposed to resignation, is one of the necessary elements in order to prevail on a retaliatory-discharge claim under the TPPA, *see Wooley v. Madison County,* 209 F.Supp.2d 836, 844 (W.D.Tenn.2002), the district court granted the City's motion for summary judgment.

Applying a de novo standard of review, as we must, *Williams v. Mehra,* 186 F.3d 685, 689 (6th Cir.1999) (en banc), we conclude that the district court's well-reasoned opinion supports the grant of summary judgment to the City, and that the issuance of a detailed written opinion by this Court would be reiterative. We therefore affirm the judgment issued by the Honorable Aleta A. Trauger on June 28, 2007 on the basis of the reasoning set forth therein.